```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

UNITED STATES OF AMERICA

v.                              CRIMINAL ACTION NO. 2:12-00103-02

DANIEL RICARDO GONZALEZ


### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

This date the United States of America appeared by Erik S. Goes, Assistant United States Attorney, and the defendant, Daniel Ricardo Gonzalez, appeared in person and by his counsel, Olubunmi Kusimo-Frazier, for a hearing on the petition on supervised release submitted by United States Probation Officer Troy A. Lanham.  The defendant commenced a three-year term of supervised release in this action on June 25, 2013, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on December 20, 2012.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects: (1) the defendant failed to report to his probation officer as instructed on July 19, 2013, inasmuch as the defendant was to report in person to the probation officer on August 6, 2013, and his failure to do so rendered his whereabouts unknown to the probation officer; and (2) the defendant failed to pay the $100 special assessment as directed by the court inasmuch as he has not made a payment since commencing his term of supervised release; all as admitted by the defendant on the record of the hearing and as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant is in need of correctional treatment which can most effectively be provided if he is confined, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of TIME SERVED, to be followed by a term of thirty (30) months of supervised release upon the standard conditions of supervised release now in effect in this district by order entered June 22, 2007, and the further condition that the defendant not commit another federal, state or local crime.  The $100 special assessment is hereby reimposed and shall be paid at the rate of $25 per month commencing on May 1, 2014, with payment due on the first day of each month thereafter until paid in full.

The defendant is hereby ORDERED released from custody.

**The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.**

DATED: March 19, 2014

_____
John T. Copenhaver, Jr.
United States District Judge