```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                           CRIMINAL ACTION NO. 2:12-00103-02

**DANIEL RICARDO GONZALEZ**

<u>SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER</u>
<u>MEMORANDUM OPINION AND ORDER</u>

On September 4, 2014, the United States of America appeared by Erik S. Goes, Assistant United States Attorney, and the defendant, Daniel Ricardo Gonzalez, appeared in person and by his counsel, Olubunmi Kusimo-Frazier, for a hearing on the petition on supervised release submitted by United States Probation Officer Lilla Adkins.  The defendant commenced a thirty-month term of supervised release in this action on March 19, 2014, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on March 19, 2014.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respect:  the defendant failed to report to his probation officer as instructed on March 19, 2014, inasmuch as the defendant was to report in person to the probation officer on March 21, 2014, and his failure to do so rendered his whereabouts unknown to the probation officer; all as admitted by the defendant on the record of the hearing and as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violation warrants revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violation if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to

the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of SIX (6) MONTHS, to be followed by a term of twenty-four (24) months of supervised release upon the standard conditions of supervised release now in effect in this district by order entered June 22, 2007, and the further condition that the defendant not commit another federal, state or local crime and the special condition that the defendant report to the United States Probation Office immediately upon his release. The $100 special assessment is hereby reimposed and shall be paid at the rate of $50 per month commencing on January 1, 2015, with the second payment due on February 1, 2015.

      The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: September 24, 2014

John T. Copenhaver, Jr.
United States District Judge